# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIT F. AUGBORNE, III, | Case No. 2:19-cv-01195-GMN-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| SUPREME COURT OF NEVADA, | |
| Defendant. | |

The court is in receipt of Nevada state-prison inmate Brit F. Augborne's objection (ECF No. 5) to the undersigned's report and recommendation (ECF No. 4) that the case be dismissed without prejudice for failure to pay the filing fee or file a complete application to proceed *in forma pauperis* ("IFP"). In light of the objection,

IT IS ORDERED that the report and recommendation (ECF No. 4) is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court must send plaintiff a blank application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction packet.

IT IS FURTHER ORDERED that by February 3, 2020, plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, or (2) pay the full $400 fee for filing a civil action, which includes the $350 filing fee and the $50 administrative fee.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: January 3, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE