# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Brit F. Augborne, III, | Case No. 2:19-cv-01195-GMN-BNW |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Supreme Court of Nevada, | |
| Defendant. | |

On January 20, 2021, the court entered an order requiring Plaintiff to file an application to proceed *in forma pauperis* or to pay the filing fee in this case. (Order (ECF No. 10).) Plaintiff's deadline for doing so was February 16, 2020. (*Id.*) The Court noted that a failure to comply with the Court's order would result in a recommendation that this case be dismissed. (*Id.*) Plaintiff did not comply with this Court's order.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: March 15, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE